IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DONOVAN E. SIMPSON,

    Petitioner,

v.

WANZA JACKSON, WARDEN,

    Respondent.

Case No. 2:06-cv-127

JUDGE EDMUND A. SARGUS, JR.

MAGISTRATE JUDGE MARK R. ABEL

## ORDER

For the reasons set forth therein, Respondent's Unopposed Motion to Stay the Court's Order of March 18, 2011 (Doc. 53) is **GRANTED**. This Court's Opinion and Order dated March 18, 2011 (Doc. 52) conditionally granting in part and denying in part Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is hereby **STAYED** pending the United States Supreme Court's disposition of *Howes v. Fields*, No. 10-680.

**IT IS SO ORDERED.**

_____4-6-2011_____
**DATED**

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE