IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Donovan E. Simpson, | : | |
| Petitioner | : | Civil Action 2:06-cv-0127 |
| v. | : | Judge Sargus |
| George Crutchfield, Warden, Warren Correctional Institution, | : | Magistrate Judge Abel |
| | : | |
| Respondent | : | |

## Order

Respondent's July 17, 2013 unopposed motion to substitute Warren Correctional Institution Warden George Crutchfield for former Warden Wanza Jackson as the proper party respondent (doc. 71) is GRANTED.

s/Mark R. Abel<br>
United States Magistrate Judge