AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DONOVAN SIMPSON,**

       Petitioner,

                             **JUDGMENT IN A CIVIL CASE**

v.

                             **CASE NO.   2:06-CV-127**

**WANZA JACKSON,**         **CHIEF JUDGE EDMUND A. SARGUS, JR.**
                             **MAGISTRATE JUDGE MARK R. ABEL**

       Respondent.

____   **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION AND ORDER filed March 11, 2015, JUDGMENT is hereby entered DISMISSING this case.**

Date:   March 11, 2015                         RICHARD E. NAGEL, CLERK

                                              */S/ Andy F. Quisumbing*
                                              (By) Andy F. Quisumbing
                                              Courtroom Deputy Clerk